UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cr-20604-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUNIOR PERLAZA SINISTERRA,

    Defendant.

_____

### DEFENDANT'S INVOCATION OF
### RIGHT TO SILENCE AND COUNSEL

    The Defendant, Junior Perlaza Sinisterra, hereby invokes his rights to remain silent and to Counsel with respect to any and all questioning or interrogation, regardless of the subject matter including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status, or consequences resulting from arrest or conviction, appeals or other post-trial proceedings. The Defendant requests that the U. S. Attorney ensure that this invocation of rights is honored by forwarding a copy of it to all law enforcement agents, government officials, or

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

employees associated with the investigation of any matters relating to the Defendant. Any contact with the Defendant must be made through the Defendant's undersigned attorney.

**DATED** on November 19, 2021.

>Respectfully submitted,
>
>**Donet, Mcmillan &Trontz, P.A.**
>
>By: /s/ David A. Donet, Jr.
>David A. Donet, Jr., Esq.
>Florida Bar No.: 128910
>Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF* on November 19, 2021.

>**Donet, McMillan &Trontz, P.A.**
>
>By: /s/ David A. Donet, Jr.
>David A. Donet, Jr., Esq.
>Florida Bar No.: 128910
>Attorney for Defendant
>3250 Mary Street, Suite 406
>Coconut Grove, Florida 33133
>Tel.: (305) 444-0030
>Fax: (305) 444-0039
>Email: donet@dmt-law.com
>Email: paralegals@dmt-law.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com